BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
PAULA M. ROACH (254142)
701 B Street, Suite 1700
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com
proach@bholaw.com

CARPENTER LAW GROUP
TODD D. CARPENTER (234464)
402 West Broadway, 29th Floor
San Diego, CA 92101
Tel: 619/756-6994
619/756-6991 (fax)
Todd@Carpenterlawyers.com

Attorneys for Plaintiff and Proposed Class Counsel

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA MANNER, an individual, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GUCCI AMERICA, INC., a New York Corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendant. | Case No.: 3:15-cv-00045-BAS-WVG<br><br>**CLASS ACTION**<br><br>**NOTICE OF MOTION AND JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hearing Date:<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**<br><br>Judge:　　Hon. Cynthia Bashant<br>Courtroom: 4B, 4th Floor – Schwartz |

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 23(e), Plaintiff Jessica Manner and Defendant Gucci America, Inc., will and hereby do move this Court for an order granting preliminary approval of the Settlement reached by the Parties, and to enter the [Proposed] Order Preliminarily Approving Class Action Settlement, which is attached as Exhibit A to the concurrently submitted Settlement Agreement, and (1) grant preliminary approval of the Settlement reached by the Parties, (2) provisionally certify the Class, (3) preliminarily designate Plaintiff Jessica Manner as the Class Representative, (4) appoint Thomas J. O'Reardon II of Blood Hurst & O'Reardon, LLP and Todd D. Carpenter of Carpenter Law Group as Class Counsel for the Class, (5) approve the Parties' proposed form, method, and schedule for disseminating Class Notice to the Class, (6) establish deadlines for the Class Members to object to, or request exclusion from the Settlement, and (7) set a date for the Final Approval Hearing. |

This joint motion is based upon this notice, the memorandum of points and authorities submitted herewith, the Declaration of Thomas J. O'Reardon II, the Declaration of Todd D. Carpenter, upon all papers and pleadings on file herein, and further evidence and argument as the Court may choose to entertain.

Respectfully submitted,

Dated: July 31, 2015

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
PAULA M. ROACH (254142)

By:   *s/ Thomas J. O'Reardon II*
      THOMAS J. O'REARDON II

701 B Street, Suite 1700
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com
proach@bholaw.com

CARPENTER LAW GROUP

TODD D. CARPENTER (234464)
402 West Broadway, 29th Floor
San Diego, CA  92101
Tel: 619/756-6994
619/756-6991 (fax)
Todd@Carpenterlawyers.com

*Attorneys for Plaintiff and Proposed Class Counsel*

Dated: July 31, 2015

SEDGWICK LLP
STEPHANIE SHERIDAN (135910)
MEEGAN B. BROOKS (298570)

By: *s/ Stephanie Sheridan*
     STEPHANIE SHERIDAN

333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
Tel: 415/781-7900
415/781-2635 (fax)
stephanie.sheridan@sedgwicklaw.com
meegan.brooks@sedgwicklaw.com

*Attorneys for Defendant*

## ECF CERTIFICATION

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated: July 31, 2015

BLOOD HURST & O'REARDON, LLP

By:  *s/ Thomas J. O'Reardon II*
     THOMAS J. O'REARDON II

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 31, 2015.

*s/ Thomas J. O'Reardon II*
THOMAS J. O'REARDON II

BLOOD HURST & O'REARDON, LLP
701 B Street, Suite 1700
San Diego, CA  92101
Telephone:  619/338-1100
619/338-1101 (fax)
toreardon@bholaw.com